# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 09-PO-00131-DLW |
| TIMOTHY S. COOPER | Pro Se<br>(Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty on count 1 of the Information after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551; 36 C.F.R. 261.56 | Violation of Forest Order #SJ-99-01 | 03/15/09 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|        | **Assessment** | **CVB** | **Fine** |
|--------|----------------|---------|----------|
| **Total:** | $10.00 | None | None |

## COMMUNITY SERVICE

The Defendant shall perform community service consisting of two 6 hours shifts at the Molas Lake Parking Area handing out maps to snowmobilers showing the closed areas as denoted on Government's Exhibit 21 admitted at trial. Defendant shall contact Chris Schultz, Forest Protection Officer, San Juan National Forest regarding the dates he will be doing his community service.

July 1, 2009
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

July 1, 2009
Date